1010

PANHANDLE PIPE LINE COMPANY v. COMMISSIONER OF INTERNAL REVENUE.

No. 1205.

Circuit Court of Appeals, Tenth Circuit.

Dec. 31, 1934.

H. B. McCawley, of Washington, D. C., for petitioner.

Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Petition for review dismissed for failure to prosecute.

Thomas PARSONS et al., as the Employee Representation Group of the Youngstown Sheet & Tube Company, East Chicago, Indiana, and South Chicago, Illinois, Plants, v. NATIONAL STEEL LABOR RELATIONS BOARD.

No. 5427.

Circuit Court of Appeals, Seventh Circuit.

June 13, 1935.

E. W. Ford and E. S. Ballard, both of Chicago, Ill., for petitioners.

Harold M. Stephens and Wendell Berge, both of Washington, D. C., for respondent.

Before SPARKS and ALSCHULER, Circuit Judges.

PER CURIAM.

This cause having been heard on the motion of attorneys for petitioners to dismiss the petition to review and set aside an order of the National Steel Labor Relations Board, heretofore filed herein, and it appearing to the court that the parties hereto have agreed to dismiss said petition and to vacate the order of said National Steel Labor Relations Board herein sought to be reviewed and set aside, it is ordered, adjudged, and decreed by this court that the petition to review and set aside an order of the National Steel Labor Relations Board herein be, and the same is, dismissed, without costs.

In the Matter of PHILIP GROSS HARDWARE & SUPPLY CO., Bankrupt.

GROSS v. MILWAUKEE DOWNTOWN SHOPPING NEWS, Inc.

No. 5413.

Circuit Court of Appeals, Seventh Circuit.

May 27, 1935.

Before EVANS, SPARKS, and FITZHENRY, Circuit Judges.

Alexander W. Schutz, of Milwaukee, Wis., for appellant.

Morris Karon, of Milwaukee, Wis., John C. Love, of Waukesha, Wis., and Walter L. Gold, of Milwaukee, Wis., for appellee.

PER CURIAM.

It is now here ordered, adjudged, and decreed by this court that the order or decree of the District Court of the United States for the Eastern District of Wisconsin in this cause appealed from be, and the same is hereby, affirmed, with costs.